# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KATHY FIALHO,**

        Plaintiff,

    **-vs-**

**Case No. 06-C-1218**

**GIRL SCOUTS OF MILWAUKEE AREA, INC.,**

        Defendant.

## DECISION AND ORDER

**IT IS ORDERED THAT** the Stipulated Protective Order of the parties filed on November 6, 2007, shall stand as and for the Order of the Court in each and every respect.

Dated at Milwaukee, Wisconsin, this 7th day of November, 2007.

**SO ORDERED,**

s/ Rudolph T. Randa
**HON. RUDOLPH T. RANDA**
**Chief Judge**