## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**KATHY FIALHO,**

        Plaintiff,

                                                  **Case No. 06-C-1218**

    -vs-

**GIRL SCOUTS OF MILWAUKEE AREA, INC.,**

        Defendant.

## ORDER FOR DISMISSAL

Upon reading and filing of the foregoing Stipulation of all parties,

IT IS HEREBY ORDERED:

That the above-entitled action, including all causes of action contained therein, be dismissed upon its merits with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 15th day of January, 2008.

                                        **SO ORDERED,**

                                        <u>**s/ Rudolph T. Randa**</u>
                                        **HON. RUDOLPH T. RANDA**
                                        **Chief Judge**